Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CENTENNIAL MEDICAL GROUP EAST, LLC dba EVERGREEN FAMILY MEDICINE,<br><br>Defendant. | Case No. 6:25-cv-00043-MC<br><br>**JOINT STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES** |

**LR 7-1 CERTIFICATE**

The parties have conferred and hereby stipulate to and jointly move with respect to the following:

**MOTION**

This Joint Stipulated Motion is made and entered into between Plaintiff Chet Michael Wilson and Defendant Centennial Medical Group East, LLC dba Evergreen Family Medicine.

Plaintiff and Defendant respectfully submit that good cause exists to extend the current discovery and other related deadlines accordingly. Discovery is in progress. Both parties have served written discovery, document production is proceeding, plaintiff's experts have been

Page 1 - **JOINT STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES**

disclosed, and defendant's deposition has been taken. The continuance is necessary to complete depositions given plaintiff's availability, and to allow further conferral on the scope and extent of document production. In addition, the extension will ensure that the parties can meaningfully explore settlement based on the discovery currently in process.

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery | November 17, 2025 | February 13, 2026 |
| Expert Discovery | November 17, 2025 | April 6, 2026 |
| Dispositive Motions and Class Certification | January 26, 2026 | April 24, 2026 |

IT IS SO STIPULATED.

DATED: November 10, 2025

COSGRAVE VERGEER KESTER LLP

*s/ Timothy J. Fransen*
Timothy J. Fransen, OSB No. 073938
tfransen@cosgravelaw.com
Telephone: 503-323-9000
Facsimile: 503-323-9019
Attorneys for Defendant Centennial Medical Group East, LLC dba Evergreen Family Medicine

PARONICH LAW, P.C.

*s/ Anthony Paronich*
Anthony Paronich, Admitted *pro hac vice*
anthony@paronichlaw.com
350 Lincoln St., Ste. 2400
Hingham, MA 02043
Telephone: 617-485-0018
Facsimile: 508-318-8100
Attorneys for Plaintiff Chet Michael Wilson

Page 2 -   **JOINT STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES**

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **JOINT STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

| | |
|---|---|
| Andrew Roman Perrong<br>Perrong Law LLC<br>2657 Mt. Carmel Ave.<br>Glenside, PA 19038<br>a@perronglaw.com<br>*Attorneys for Plaintiff* | Anthony Paronich, Admitted *pro hac vice*<br>Paronich Law, PC<br>350 Lincoln St., Ste. 2400<br>Hingham, MA 02043<br>anthony@paronichlaw.com<br>*Attorneys for Plaintiff* |

DATED: November 10, 2025

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 – **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019