IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

     Plaintiff,

     v.

CENTENNIAL MEDICAL GROUP EAST,
LLC d/b/a EVERGREEN FAMILY
MEDICINE

     Defendant.

Civ. No. 6:25-cv-00043-MC

JUDGMENT

MCSHANE, Judge:

Based upon the Stipulation of Dismissal with Prejudice (ECF No. 24), this action is

dismissed with prejudice and without fees or costs to either party.

IT IS SO ORDERED.

DATED:  April 9, 2026.


                       /s/ Michael J. McShane
                        Michael McShane
              United States District Judge

1 –JUDGEMENT